# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DANIEL CLEON BURROUGHS**  **PETITIONER**

**v.**  **Case No. 4:19-cv-671-KGB-BD**

**LUCAS EMBERTON,** *et al.*  **RESPONDENTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 8). No objections have been filed, and the time to file objections has passed. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). Accordingly, respondents' motion to dismiss is granted (Dkt. No. 4). Mr. Burroughs' petition for writ of habeas corpus is dismissed, without prejudice (Dkt. No. 1).

It is so ordered this 29th day of September, 2020.

_____
Kristine G. Baker
United States District Judge