IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DANIEL CLEON BURROUGHS**                                                                 **PETITIONER**

v.                             Case No. 4:19-cv-671-KGB-BD

**LUCAS EMBERTON,** *et al.*                                                                **RESPONDENTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that petitioner Daniel Cleon Burroughs' petition for writ of habeas corpus is dismissed, without prejudice (Dkt. No. 1).

It is so adjudged this 29th day of September, 2020.

_____
Kristine G. Baker
United States District Judge